**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>GEORGE RICHARD BOLLINGER, JR.<br>NATALIE ROLENS BOLLINGER,<br><br>Debtors. | Bankruptcy Case No. 11-23049 EEB<br><br>Chapter 7 |
| JEFFREY A. WEINMAN, Chapter 7<br>Trustee,<br><br>Plaintiff,<br><br>v.<br><br>ROURKE RUFFING,<br><br>Defendant. | Adversary Proceeding No. 14-1230 EEB |

**ORDER AND REQUEST FOR ENTRY OF FINAL ORDER AND JUDGMENT BY DISTRICT COURT**

This matter comes before the Court *sua sponte*. The Court, having reviewed the file and being advised in the premises,

DOES FIND that on February 16, 2016, this Court entered its Proposed Findings of Fact and Conclusions of Law Regarding Defendant's Motion for Judgment in his favor under Fed. R. Civ. P. 52(c). In accordance with the Local Rules of the U.S. District Court,

> When a bankruptcy judge hears a proceeding under 28 U.S.C. § 157(c)(1) that is not a "core proceeding" as defined by 28 U.S.C. § 157(b)(2), the bankruptcy judge shall submit the proposed findings of fact and conclusions of law to the district judge assigned pursuant to D.C.COLO.LCivR 40.1. Copies of those recommendations shall be mailed by the bankruptcy judge to all parties, who shall have 14 days after the date of mailing of the recommendations (or such further time not to exceed 30 days as the bankruptcy judge may order) to file written objections. Objections lacking specificity as to factual findings or legal conclusions the objecting party claims to have been erroneously made and objections not timely filed may be summarily overruled. *If no objection is filed, or if the parties consent in writing, the recommendations of the bankruptcy judge may be accepted by the district judge, and appropriate orders may be entered without further notice.* Procedure for determining objections shall be as set forth in 28 U.S.C. § 157(c)(1).

D.C.COLO.LCivR. 84.1(e) (emphasis added).

Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure:

The district judge shall make a de novo review upon the record or, after additional evidence, of any portion of the bankruptcy's judge's findings of fact or conclusions of law to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the proposed findings of fact or conclusions of law, receive further evidence, or recommit the matter to the bankruptcy judge with instructions.

Fed. R. Bankr. P. 9033(d).

Further, under 28 U.S.C. § 157(c)(1):

A bankruptcy judge may hear a proceeding that is not a core proceeding but that is otherwise related to a case under title 11. In such proceeding, the bankruptcy judge shall submit proposed findings of fact and conclusions of law to the district court, and any final order or judgment shall be entered by the district judge after considering the bankruptcy judge's proposed findings and conclusions and after reviewing de novo those matters to which any party has timely and specifically objected.

By way of this Court's Proposed Findings of Fact and Conclusions of Law, this Court entered its proposed findings of fact and conclusions of law as mandated by D.C.COLO.LCivR. 84.1(e), Fed. R. Bankr. P. 9033(d), and 28 U.S.C. § 157(c)(1). The parties were given fourteen (14) days in which to object to the written findings of fact and conclusions of law entered by this Court. To date, no objections have been filed with this Court, and it appears appropriate that a final Order may enter.

Therefore, in accordance with the foregoing authorities, this Court requests that the District Court enter an appropriate final Order and Judgment in this matter. A courtesy copy of a proposed Order and Judgment and submitted with this Order.

It is therefore

ORDERED that this Court's Proposed Findings of Fact and Conclusions of Law regarding Defendant's Motion for judgment in his favor under Fed. R. Civ. P. 52(c) shall be submitted to the United States District Court for the District of Colorado. The Court requests that the District Court review the Proposed Findings of Fact and Conclusions of Law Regarding Defendant's Motion for judgment in his favor under Fed. R. Civ. P. 52(c) and enter a final Order and Judgment thereon.

DATED this 8th day of March, 2016        BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge